No. 359. CHICAGO GRAVEL Co. *v.* COLUMBIAN NATIONAL LIFE INSURANCE Co. November 11, 1935.

No. 365. BROWN *v.* GESELLSCHAFT FUR DRAHTLOSE TELEGRAPHIE, M. B. H. November 11, 1935.

No. 378. GOGGIN, TRUSTEE, *v.* HARTFORD ACCIDENT & INDEMNITY Co. November 11, 1935.

No. 390. HALL *v.* UNIVERSAL OIL PRODUCTS Co. ET AL. November 11, 1935.

No. 419. ALLRED, GOVERNOR, ET AL. *v.* STANOLIND OIL & GAS Co. ET AL. November 11, 1935.

No. 426. JACKSONVILLE TERMINAL Co. *v.* BLACKSHEAR, ADMINISTRATRIX. November 11, 1935.

No. 458. PEERLESS STAGES, INC. *v.* RAILROAD COMMISSION OF CALIFORNIA ET AL. November 11, 1935.

No. 264. STANDARD WHOLESALE PHOSPHATE & ACID WORKS, INC. *v.* GENERAL CHEMICAL Co. November 18, 1935.

No. 285. EVANS TERRY Co. *v.* MISSISSIPPI EX REL. RICE, ATTORNEY GENERAL, ET AL. November 18, 1935.

No. 362. SHORT *v.* SCHOOL BOARD, UPPER MORELAND TOWNSHIP, PENNSYLVANIA, ET AL. November 18, 1935.

No. 416. MISSOURI EX REL. WOODS *v.* SEVIER, JUDGE, ET AL. November 18, 1935.

No. 381. BOARD OF LIQUIDATION, CITY DEBT OF NEW ORLEANS, ET AL. *v.* BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS ET AL. November 25, 1935.

No. 449. WHEELER *v.* CLARK, U. S. MARSHAL. November 25, 1935.